**Jeffrey L. SHAPIRO, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2009–3243.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2009.

---

ON MOTION

*ORDER*

Jeffrey L. Shapiro submits correspondence that the court treats as a motion to withdraw his petition for review.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* Shapiro requests that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.